CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEMAL YILMAZ,<br><br>             Plaintiff,<br><br>  v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services,<br><br>             Defendant. | Case No. 5:26-cv-01591-SVK<br><br>**STIPULATION TO STAY PROCEEDINGS; ~~[PROPOSED]~~ ORDER** |

The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until September 2, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this action seeking adjudication of his Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on May 4, 2026. Following the interview, USCIS is working diligently towards completing adjudication of the Form I-589 application.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until September 2, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: May 5, 2026                                    Respectfully submitted[1],

                                                      CRAIG H. MISSAKIAN
                                                      United States Attorney

                                                      *s/ Molly A. Friend*
                                                      MOLLY A. FRIEND
                                                      Assistant United States Attorney
                                                      Attorneys for Defendants


Dated:  May 5, 2026

                                                      *s/ Megan Guzman*
                                                      MEGAN GUZMAN
                                                      Law Office of Megan Guzman
                                                      Attorney for Plaintiff


## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 6, 2026

                                                      _____
                                                      HON. SUSAN VAN KEULEN
                                                      United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stip. to Stay Proceedings
Case No. 5:26-cv-01591-SVK                            2